IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-00044-FDW-DSC

| | |
|---|---|
| DISHEKA CLARK, BIANCHA MCCRAY, LISA A. CASH, COURTNEY GIBSON, and FRANCHESCA HARRINGTON,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVIS FORD and F & J COMMUNITY SERVICES, INC.,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Disheka Clark, Biancha McCray, Lisa A. Cash, Courtney Gibson, and Franchesca Harrington, by and through their undersigned counsel, hereby give notice of the dismissal of this action, without prejudice. Plaintiffs are entitled to dismissal without a court order pursuant to Rule 41(a)(1)(A)(i) because Defendants have not filed an answer or responsive pleading.

Respectfully submitted this 8th day of December 2020.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
Craig L. Leis NCSB #48582
Corey M. Stanton NCSB #56255

**GIBBONS LEIS, PLLC**
14045 Ballantyne Corporate Pl. #325
Charlotte, NC 28277
Telephone:     704-612-0038
Email: craig@gibbonsleis.com
phil@gibbonsleis.com
corey@gibbonsleis.com

*Attorneys for Plaintiff*